# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-2891
_____

PREFERRED GOVERNMENTAL
CLAIM SOLUTIONS and BREVARD
COUNTY BOARD OF
COMMISSIONERS,

    Appellants,

    v.

GARY WINDHAM,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident:  January 28, 2017.


July 3, 2019


PER CURIAM.

    AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William H. Rogner and Derrick E. Cox of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellants.

Kelli Biferie Hastings of Law Office of Kelli B. Hastings, PLLC, Orlando, and Michael P. Clelland of Morgan & Morgan, P.A., Orlando, for Appellee.